# ELECTRONIC RECORD

*1221-14*
*1222-14*

COA # 05-13-00127-CR    OFFENSE: 25.02

STYLE: Lewis Michael Wall v. The State of Texas    COUNTY: Collin

COA DISPOSITION: AFFIRM    TRIAL COURT: 219th Judicial District Court

DATE: 8/11/2014    Publish: NO    TC CASE #: 219-80388-2011

# IN THE COURT OF CRIMINAL APPEALS

*1221-14*
*1222-14*

STYLE: Lewis Michael Wall v. The State of Texas    CCA #: *1222-14*

_APPELLANT'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_refused_    JUDGE: _____

DATE: _Jan. 14, 2015_    SIGNED: _____    PC: _____

JUDGE: _PC_    PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD